ALBANY PACKING COMPANY, INC., Respondent, *v.* DOM-
INICK CRISPO et al., Appellants.

(Argued April 4, 1930; decided May 6, 1930.)

*John J. McManus* for appellants.

*David A. Woodcock, Holland S. Duell* and *William T. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.